UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                                          Case No. 08-08218
   PATRICK J MARTINEZ
   SUSAN D MARTINEZ
        Debtors

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on <u>04/04/2008</u>.

    2) The plan was confirmed on <u>06/06/2008</u>.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on <u>04/21/2009</u>.

    5) The case was converted on <u>05/06/2009</u>.

    6) Number of months from filing to last payment: <u>10</u>.

    7) Number of months case was pending: <u>14</u>.

    8) Total value of assets abandoned by court order: <u>NA</u>.

    9) Total value of assets exempted: $ <u>37,616.00</u>.

    10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

    11) All checks distributed by the trustee relating to this case may not have cleared the bank.

**UST Form 101-13-FR-S (4/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,175.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$8,175.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,339.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $452.92 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,792.86** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADVANCED AMBULATORY ANESTH | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED RADIOLOGISTS | Unsecured | 1,257.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HEALTH SYSTE | Unsecured | 797.00 | 11,196.60 | 11,196.60 | 0.00 | 0.00 |
| CARDIOVASCULAR ASSOC | Unsecured | 1,449.00 | NA | NA | 0.00 | 0.00 |
| CARY BORTNIK MD | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| CENTER ONE FIN SVCS LLC MMCA | Secured | 10,654.79 | 10,654.79 | 10,654.79 | 1,754.77 | 481.87 |
| CENTERONE FINANCIAL SERV | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE HOSPITAL 1 | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| CHASE AUTOMOTIVE FINANCE COR | Secured | 13,644.39 | 13,644.39 | 13,644.39 | 2,311.64 | 634.38 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 90.00 | 180.00 | 180.00 | 0.00 | 0.00 |
| DENIS J OCONNELL | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 1,048.00 | 1,261.42 | 1,261.42 | 0.00 | 0.00 |
| ENH RADIOLOGY | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| GERMBUSTERS | Unsecured | 5,308.00 | NA | NA | 0.00 | 0.00 |
| HORIZON TOWNHOUSE ASSOC | Secured | 841.84 | 841.84 | 841.84 | 199.48 | 0.00 |
| MEA ELK GROVE | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| MEDCO FINANCIAL ASSOC | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL CENTER ANESTHESIA | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST REFRACTIVE SURGERY | Unsecured | 656.00 | 1,302.00 | 1,302.00 | 0.00 | 0.00 |
| NORTHWEST COMMUNITY HOSPITA | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST HEALTH CARE | Unsecured | 160.00 | 159.60 | 159.60 | 0.00 | 0.00 |
| NORTHWEST RHEUMATOLOGY | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST SURGICARE INC | Unsecured | 498.00 | NA | NA | 0.00 | 0.00 |
| NW ASSOCIATES FOR WOMEN | Unsecured | 2,296.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 460.00 | 822.79 | 822.79 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 655.98 | 655.98 | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGICAL CONSULT OF WDSTK | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| SAXON MORTGAGE SERVICES | Secured | 19,026.30 | 19,026.30 | 19,026.30 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SAXON MORTGAGE SERVICES | Secured | 2,909.27 | 2,909.27 | 2,909.27 | 0.00 | 0.00 |
| SAXON MORTGAGE SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| SAXON MORTGAGE SERVICES | Secured | NA | NA | NA | 0.00 | 0.00 |
| SHORT TERM LOAN | Unsecured | NA | 1,084.17 | 1,084.17 | 0.00 | 0.00 |
| ST ALEXIUS MEDICAL CENTER | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| STRATFORD DENTAL | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| STRATFORD ORTHOPEDICS & REHAB | Unsecured | 667.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN EAR NOSE & THROAT | Unsecured | 31.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACULTY INC | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGISTS | Unsecured | 591.00 | 591.20 | 591.20 | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGISTS | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| WEST CENTRAL ANES GROUP | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $21,935.57 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $24,299.18 | $4,066.41 | $1,116.25 |
| All Other Secured | $841.84 | $199.48 | $0.00 |
| **TOTAL SECURED:** | **$47,076.59** | **$4,265.89** | **$1,116.25** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$17,253.76** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,792.86 |
| Disbursements to Creditors | $5,382.14 |
| **TOTAL DISBURSEMENTS :** | **$8,175.00** |

UST Form 101-13-FR-S (4/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 05/27/2009                By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (4/1/2009)**